## HELMLY *v.* DAVIS.

SIMMONS, C. J. Where a motion for a new trial is made in term and ordered heard on a certain day in vacation, and, through no fault on the part of the movant, is not heard on the day appointed, and no order is taken extending the time, such motion is, by operation of law, returned to the court and remains until called up in its order. It is error to dismiss such a motion because it was not heard at the appointed time. " Jurisdiction to proceed in term is not lost by an order to hear at chambers." *Higginbotham* v. *Campbell*, 85 *Ga.* 639 ; Civil Code, § 5485 ; *Dozier* v. *Owens*, 63 *Ga.* 541 ; *Brantley* v. *Hass*, 69 *Ga.* 748 ; *West* v. *Jones*, 69 *Ga.* 763 ; *Carroll* v. *Ry. Co.*, 82 *Ga.* 452 ; *Central R. Co.* v. *Pool*, 95 *Ga.* 410.

*Judgment reversed. All the Justices concurring.*

Submitted July 18,—Decided August 7, 1900.

Dismissal of motion for new trial. Before Judge Seabrook. Effingham superior court. November 16, 1899.

*D. H. Clark*, for plaintiff in error. *H. B. Strange*, contra.

---

## BOHANNON, tax-collector, *v.* WROUGHT IRON RANGE Co.

LEWIS, J. 1. Since only a natural person " who itinerates for trading purposes " can, under the statutes of this State, be regarded as a " peddler," there is no authority of law for issuing or enforcing against a trading corporation an execution for a special tax alleged to be due by it as a peddler. *Wrought Iron Range Co.* v. *Johnson*, 84 *Ga.* 754.

2. It follows from an application of the foregoing to the facts of the present case that the court did not err in granting the injunction.

*Judgment affirmed. All the Justices concurring.*

Argued July 24,—Decided August 7, 1900.

Injunction. Before Judge Fite. Bartow county. May 26, 1900.

*Sam. P. Maddox, solicitor-general*, for plaintiff in error.
*J. M. Neel*, contra.